■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BENSON, Appellant. [926 NYS2d 301]—

Appeal by the defendant from a judgment of the County Court, Suffolk County (Hudson, J.), rendered August 24, 2009, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The County Court properly determined that the defendant was competent to stand trial (*see* CPL 730.10; *People v Marino*, 13 AD3d 556, 556 [2004]). The burden of proof is on the prosecution to establish a defendant's competence, and the burden requires that fitness to stand trial be established by a preponderance of the evidence (*see People v Mendez*, 1 NY3d 15, 19 [2003]; *People v Troy*, 28 AD3d 689, 689 [2006]). We are satisfied that the prosecution met its burden here, and we perceive no basis upon which to disturb the County Court's determination (*see People v Paulin*, 82 AD3d 910, 910 [2011]).

Contrary to the defendant's contention, his plea of guilty was knowingly, voluntarily, and intelligently made (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]), and the defendant's assertions to the contrary are belied by his lucid and appropriate responses during the plea allocation (*see People v Wager*, 34 AD3d 505, 505-506 [2006]; *People v Burgess*, 81 AD3d 969, 970 [2011]). Accordingly, the County Court providently exercised its discretion in denying the defendant's motion to withdraw his plea of guilty (*see* CPL 220.60 [3]; *People v Marino*, 13 AD3d at 556).

The defendant's remaining contention is without merit. Mastro, J.P., Belen, Sgroi and Miller, JJ., concur.